1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COHEN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-01425-MWF-E<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1    FOR GOOD CAUSE SHOWN, the Court hereby approves the Parties' Stipulated

2    Protective Order.

3

4    **IT IS SO ORDERED**.

5

6    DATED: _____1/10/2023_____          /s/ Charles F. Eick
                                                   _____
7                                                  Hon. Charles F. Eick
                                                   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2