Leah M. Beligan, Esq. (SBN 250834)
*lmbeligan@bbclawyers.net*
**BELIGAN LAW GROUP, LLP**
19800 MacArthur Blvd., Suite 300
Newport Beach, CA 92612
Tel: (949) 224-3881; Fax: (949) 724-4566

Carolyn H. Cottrell (SBN 166977)
Andrew T. Cooledge (SBN 273909)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
acooledge@schneiderwallace.com

*Attorneys for Plaintiffs, the Putative Collective, the Putative Class, Aggrieved Employees, and on behalf of the State of California*

*[Additional Counsel Listed in Next Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Cohen, Mitchell McKinnon, Timothy Van Nortwick, Brent Brice, Zachery Rizzo, Joshua Reyes, Onika Jack, Herbert Hernandez, Nicholaus James, and LaCretia Davis, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Peloton Interactive, Inc., a Delaware corporation; and Does 1 through 50, inclusive,<br><br>Defendant. | CASE NO.: 2:22-CV-01425-MWF-E<br><br>**JOINT STIPULATION TO EXTEND WORD COUNT LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**Hearing Date: March 25, 2024**<br>**Time:         10:00 AM PST**<br>**Department:   Courtroom 5A** |

DANIELLE J. MOSS (admitted *pro hac vice*)
    DMoss@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone:     212.351.4000
Facsimile:     212.351.4035

MEGAN COONEY, SBN 295174
    MCooney@gibsondunn.com
LAUREN M. FISCHER, SBN 318625
    LFischer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:     949.451.3800
Facsimile:     949.451.4220

Attorneys for Defendant
PELOTON INTERACTIVE, INC.

## JOINT STIPULATION TO EXTEND WORD COUNT LIMIT

Plaintiffs, Mark Cohen, Mitchell McKinnon, Timothy Van Nortwick, Brent Brice, Zachery Rizzo, Joshua Reyes, Onika Jack, Herbert Hernandez, Nicholaus James, and LaCretia Davis, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant Peloton Interactive, Inc. ("Defendant"), undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the Parties have settled this matter in its entirety and the Settlement is memorialized in a written and fully executed Settlement Agreement;

WHEREAS, Plaintiffs now bring their unopposed Motion for Preliminary Approval of the Settlement;

WHEREAS, pursuant to Local Rule 11-6, a memorandum of points and authorities may not exceed 7,000 words without leave of Court;

WHEREAS, Plaintiffs require more than 7,000 words for the memorandum in support of their Motion for Preliminary Approval, due to (1) the complex nature of the Settlement, which involves hybrid Rule 23 and FLSA claims; (2) the consolidated nature of this Action and the procedural history to be detailed in the brief; and (3) the extensive amount of background and legal analysis that must be presented;

WHEREAS, the Parties desire to provide the Court with a comprehensive analysis of this complex Settlement;

WHEREAS, Plaintiffs and Defendant therefore jointly submit that there is therefore good cause to extend the word count limit for Plaintiffs' memorandum of points and authorities in support of their Motion for Preliminary Approval;

/ / /

/ / /

/ / /

NOW, THEREFORE, the Parties stipulate, that the word count limit for Plaintiffs' memorandum in support of their Motion for Preliminary Approval of the Settlement is extended to 13,000 words.

**IT IS SO STIPULATED.**

Dated: February 23, 2024          Respectfully Submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
David C. Leimbach
Andrew T. Cooledge[1]
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*/s/ Leah M. Beligan*
Leah M. Beligan, Esq.
**BELIGAN LAW GROUP, LLP**

*Attorneys for Plaintiffs, the Putative Collective, the Putative Class, the Aggrieved Employees, and on behalf of the State of California*

Dated: February 23, 2024          DANIELLE J. MOSS
MEGAN COONEY
LAUREN M. FISCHER
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Megan Cooney*
Megan Cooney
Attorneys for Defendant
PELOTON INTERACTIVE, INC.

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Carolyn H. Cottrell*
*Carolyn H. Cottrell*
*One of Class Counsel*