Leah M. Beligan (SBN 250834)
**BELIGAN LAW GROUP, LLP**
19800 MacArthur Blvd., Suite 300
Newport Beach, CA 92612
Telephone: (949) 224-3881
Facsimile: (949) 724-4566
lmbeligan@bbclawyers.net

Carolyn H. Cottrell (SBN 166977)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com

Esther L. Bylsma (SBN 264208)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, California 90071
Tel: (213) 835-1550; Fax: (415) 421-7105
ebylsma@schneiderwallace.com
*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Mark Cohen, Mitchell McKinnon, Timothy Van Nortwick, Brent Brice, Zachery Rizzo, Joshua Reyes, Onika Jack, Herbert Hernandez, Nicholaus James, and LaCretia Davis, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Peloton Interactive, Inc., a Delaware corporation; and Does 1 through 50, inclusive,

Defendant.

Honorable Michael W. Fitzgerald
Case No.: 2:22-cv-01425-MWF-E

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT**

**Date: September 16, 2024**
**Time: 10:00 a.m.**
**Courtroom: 5A**

Complaint Filed: January 3, 2022
TAC Filed: December 20, 2023
Removal Filed: March 3, 2022

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on September 16, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5A of the above-captioned Court, the Honorable Michael W. Fitzgerald presiding, Plaintiffs Mark Cohen, Mitchell McKinnon, Timothy Van Nortwick, Brent Brice, Zachery Rizzo, Joshua Reyes, Onika Jack, Herbert Hernandez, Nicholaus James, and LaCretia Davis, individually and on behalf of all others similarly situated ("Plaintiffs"), will and hereby do move the Court for an Order granting final approval of the Class Action Settlement and Release ("Settlement") in this wage-and-hour class, Private Attorneys General Act ("PAGA"), and Fair Labor Standards Act ("FLSA") action.

Plaintiffs seek an Order:

1. Granting final approval of the Settlement, based upon the terms set forth in the Settlement, filed in the record at ECF No. 58-3;

2. Finding that the Settlement is fair, reasonable, and adequate as to the Settlement Class, the PAGA Employees, and the State of California;

3. Finally certifying the Settlement Class on a class and collective basis for settlement purposes only;

4. Finally approving and appointing Plaintiffs as Class Representatives, and Beligan Law Group, LLP ("BLG") and Schneider Wallace Cottrell Konecky LLP ("SWCK") as Class Counsel;

5. Finally approving service awards to Plaintiffs in the amount of $10,000.00 each;

6. Finally approving an award of Class Counsel's attorneys' fees in the amount of $528,000.00 and Class Counsel's reasonable costs in the amount of $35,000.00;

7. Finally appointing and approving costs to CPT Group, Inc. ("CPT") in the amount of $10,750.00 for its services as Settlement Administrator; and

8. Finally approving the implementation schedule set forth in the proposed

order filed herewith.

Plaintiffs bring this motion pursuant to Federal Rule of Civil Procedure 23(e), California labor Code § 2699(l)(2), and precedent requiring Court approval for FLSA settlements.[1] This motion is based on this notice; the Settlement; the accompanying memorandum of points and authorities; the Declarations of Carolyn H. Cottrell and Leah M. Beligan filed in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF Nos. 58-2, 58-5); the Declaration of Esther L. Bylsma filed herewith; the Declaration of Leah M. Beligan filed herewith; the Declaration of CPT Group, Inc.'s settlement administrator, Regina Cutler, filed herewith; the Declarations of Plaintiffs Mark Cohen, Mitchell McKinnon, Timothy Van Nortwick, Brent Brice, Zachery Rizzo, Joshua Reyes, Onika Jack, Herbert Hernandez, Nicholaus James, and LaCretia Davis filed herewith; the pleadings and papers on file in this case; and such argument and/or evidence as may be presented at the hearing on the motion. Defendant does not oppose this motion.

Dated: August 19, 2024              Respectfully Submitted,

*/s/ Esther L. Bylsma*
Carolyn H. Cottrell
Esther L. Bylsma
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*/s/ Leah M. Beligan*
Leah M. Beligan, Esq.
**BELIGAN LAW GROUP, LLP**

*Attorneys for Plaintiffs, the Putative Collective, the Putative Class, and the Aggrieved Employees, and on behalf of the State of California*

---

[1] *See, e.g., Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); *Selk v. Pioneers Mem'l Healthcare Dist.*, 159 F.Supp.3d 1164, 1172 (S.D. Cal. 2016).